AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Victor Reyna<br>YOB: 1993 CITIZENSHIP: USA<br><br>*Defendant(s)* | Case No. M-21-420-M<br><br>**United States District Court<br>Southern District of Texas<br>FILED**<br><br>FEB 25 2021<br><br>Nathan Ochsner, Clerk |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | did knowingly and intentionally import with the intent to distribute approximately 13.24 kilograms of cocaine, a Schedule II controlled substance, and 6.88 kilograms of methamphetamine, a Schedule II controlled substance |
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 13.24 kilograms of cocaine, a Schedule II controlled substance, and 6.88 kilograms of methamphetamine, a Schedule II controlled |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Complaint Authorized: AUSA Michael Mitchell 2/25/2021

Sworn to and executed by reliable electronic means, sworn to U.S. Magistrate Judge Juan F. Alanis and attested telephonically per Fed.R.CR.4.1 and probable cause found on:

Date: 2/25/21 - 9:12 a.m.

City and state: __McAllen, Texas__

/s Matthew Shoemaker
*Complainant's signature*

Matthew Shoemaker U.S. HSI Special Agent
*Printed name and title*

*Judge's signature*

Honorable Magistrate Judge Juan F. Alanis
*Printed name and title*

Attachment "A"

On February 24, 2021, Department of Homeland Security (DHS), Homeland Security Investigations (HSI), McAllen, Texas Office received information from Customs and Border Protection (CBP), Office of Field Operations (OFO) at the Progreso, Texas Port of Entry (POE), in reference to anomalies found in the spare tire of a Nissan Frontier which was attempting to make entry into the United States from Mexico. The driver and sole occupant of the vehicle was identified as Victor REYNA.

On that date, a CBP Officer (CBPO) was working an Inbound Operation at the Progreso POE primary lanes. At approximately 1039 a.m., the CBPO observed a Black Nissan Frontier with Texas plates approaching the inbound lanes entering the United States. The driver and sole occupant REYNA stated he went to a dentist in Mexico because his gum was swollen. REYNA stated he had travel from Killeen, TX that morning of February 24, 2021 to travel to Mexico. REYNA appeared nervous, looking around in multiple directions and hesitating to answer basic demographic questions. When asked what the dentist did to treat REYNA ailment, he could not tell the CBPO. When asked when he traveled to Mexico, REYNA informed CBPO that he had crossed into Mexico in the morning of February 24, 2021. CBPO then referred REYNA to secondary inspection. The vehicle was X-rayed and anomalies were observed in the spare tire under the truck bed. CBO K9 conducted an inspection on REYNA's vehicle. The K-9 gave a positive alert to the spare tire of the vehicle. The spare tire was removed, and 23 packages were found inside of the spare tire. An examination of the interior of the vehicle produced two more packages hidden in the wall of the vehicle. At total of 25 packages were discovered in the Nissan Frontier. A total of 13 packages weighing 13.26 kilograms containing a white powder substance field tested positive for Cocaine. A total of 12 packages weighing 6.84 kilograms containing a white crystal substance field tested positive for Crystal Methamphetamine.

HSI McAllen Special Agent (SA) Shoemaker responded to the Progreso POE to assist in the investigation. REYNA stated he had crossed into Mexico at 0500 a.m. for a dentist appointment and to see family. When the SA attempted to advise REYNA of his Miranda Rights, REYNA stated he did not want to speak to the SA without an attorney present. The interview was immediately stopped, and REYNA was returned to his cell.

A query through law enforcement databases produced results that indicated that the Nissan Frontier REYNA was driving had traveled south from Williamson County, Texas to the area of the US/Mexican border on the previous day, February 23, 2021. A receipt of a dental consultation from a Dentist was discovered in REYNA's vehicle. The receipt was in Spanish stating a dental checkup and cleaning was performed on Victor REYNA and allegedly signed by the dentist. SA Shoemaker was able to determine that the dental office existed and was located in Nuevo Progreso, Mexico. CBPO Enforcement (CBPOE) called the dental office and spoke to a person claiming to be the dentist who's apparent signature was on the note. CBOE asked the dentist if Victor REYNA had an appointment and had consulted with the dentist. The dentist stated he had not treated or consulted with any individual named Victor REYNA.

When the SA and CBPOE went to REYNA's cell to inform him that he was under arrest, REYNA was found in his underwear, with no other clothes on. SA Shoemaker asked where REYNA's cloths were. REYNA began to raise his voice, clench his fists, and began swearing at the SA and CBPOs. REYNA then approached the SA and CBPOs at the cell door in a threatening manner and SA Shoemaker closed the cell door. REYNA then pounded on the metal cell door multiple times while yelling and cursing at the SA and CBPOs.